UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES COPLEY, JASON EVANS, HUMBERTO GARCIA, LUZ ANGELINA GARCIA, JOAN MCDONALD, JOHN PETERSON, BETTY PRESSLEY, NATALIE ROBERTS, NORMAN SKARE, individually and as personal representative for BETTY SKARE, DAVID STONE, and KAYE WINK, individually and as next of kin of DONALD WINK, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>BACTOLAC PHARMACEUTICAL, INC.; NATURMED, INC. d/b/a INSTITUTE FOR VIBRANT LIVING; and INDEPENDENT VITAL LIFE, LLC,<br><br>    Defendants. | No.: 2:18-cv-00575-FB-PK<br><br>*Consolidated with*<br><br>No. 2:20-cv-01338-FB-PK |
| JEFFREY FARIS, ANTONIA HAMPTON, RAUL ROBLES, and KATHLEEN CANNON, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>BACTOLAC PHARMACEUTICAL, INC.; NATURMED, INC. d/b/a INSTITUTE FOR VIBRANT LIVING; and INDEPENDENT VITAL LIFE, LLC,<br><br>    Defendants. | **PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR ORDER GRANTING FINAL APPROVAL TO THE PROPOSED SETTLEMENT, CONFIRMING CERTIFICATION OF THE PROPOSED SETTLEMENT CLASS, GRANTING AMENDED APPLICATION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS, AND ENTERING FINAL JUDGMENT** |

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Order Granting Final Approval to the Proposed Settlement, Confirming Certification of the Proposed Settlement Class, Granting Amended Application for Attorneys' Fees, Expenses, and Service Awards, and Entering Final Judgment, and the exhibits thereto, and upon all the pleadings and proceedings herein, Plaintiffs, by and through their

1

undersigned attorneys, move this Court for entry of an Order (1) granting final approval to the Settlement; (2) certifying for Settlement purposes the Settlement Class; (3) approving an award of attorneys' fees of $847,087.80; (4) granting Plaintiffs' request for reimbursement of reasonable litigation expenses in the amount of $210,136.00; (5) approving claims administration expenses not to exceed $325,000; (6) approving Service Awards for each Class Representative of $5,000; (7) dismissing Plaintiffs' claims against the Settling Defendants with prejudice; and (8) any such other relief deemed appropriate by the Court.[1]

Dated: May 2, 2023
New York, New York

Respectfully submitted,

/s/ James J. Bilsborrow
James J. Bilsborrow
Weitz & Luxenberg, PC
700 Broadway
New York, New York 10003
(212) 558-5500
jbilsborrow@weitzlux.com

*Class Counsel*

---

[1] Capitalized terms in this Notice of Motion are intended to have the same meanings as those defined in the Settlement Agreement.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of May, 2023, a true and accurate copy of the foregoing Notice of Motion was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ James J. Bilsborrow