**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARLES COPLEY, JASON EVANS, HUMBERTO GARCIA, LUZ ANGELINA GARCIA, JOAN MCDONALD, JOHN PETERSON, BETTY PRESSLEY, NATALIE ROBERTS, NORMAN SKARE, individually and as personal representative for BETTY SKARE, DAVID STONE, and KAYE WINK, individually and as next of kin of DONALD WINK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BACTOLAC PHARMACEUTICAL, INC.; NATURMED, INC. d/b/a INSTITUTE FOR VIBRANT LIVING; and INDEPENDENT VITAL LIFE, LLC,<br><br>Defendants. | No.: 2:18-cv-00575-FB-PK<br><br>Consolidated with<br><br>No. 2:20-cv-01338-FB-PK<br><br>**SUPPLEMENTAL DECLARATION OF BRADLEY MADDEN REGARDING NOTICE TO OPT-OUT CLASS MEMBER** |
| JEFFREY FARIS, ANTONIA HAMPTON, RAUL ROBLES, and KATHLEEN CANNON, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BACTOLAC PHARMACEUTICAL, INC.; NATURMED, INC. d/b/a INSTITUTE FOR VIBRANT LIVING; and INDEPENDENT VITAL LIFE, LLC,<br><br>Defendants. | |

I, Bradley Madden, hereby declare as follows:

1. I am a Project Manager for the Court appointed Claims Administrator, Postlethwaite & Netterville, APAC. The following statements are based on my personal knowledge as well as information provided by other experienced employees working under my supervision.

2. On May 23, 2023 the Court entered its Order Granting Final Approval of this case. As part of the Final Approval of the Settlement, the Court directed that "within seven days of this Order" the Claims Administrator "provide supplemental notice to the Class member who elected to opt out of the Settlement." Attached as Exhibit A is the notice issued, pursuant to the Court's direction, on May 25, 2023.

3. I am filing this declaration pursuant to the Court's Order and attest that notice was provided to the Class member as directed.

**CERTIFICATION**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 30th day of May, 2023 in Baton Rouge, Louisiana.

_____
Bradley Madden

# Exhibit A

May 25, 2023

Karen McMillan

███████████

      We are the Settlement Administrator for the NaturMed/IVL Settlement (*Copley v. Bactolac Pharmaceutical, Inc. et al., No. 2:18-cv-00575-FB-PK*).  On February 9, 2022 you were mailed a postcard summary notice explaining the Settlement and the options available to you.  On February 12, 2022 you mailed a letter to us indicating you wish to Opt-Out of the Settlement.  That request for exclusion was submitted to the Court.

      On May 23, 2023, the Court granted Final Approval of the Settlement.  The Settlement, as approved, has an increase in the cash allocated to the Alternative Payment Fund.  This increase raises the Alternative Payment from the previous estimate of $5 to the approved payment of $39.95.  As per the Court Order Granting Final Approval, we are providing you this supplemental notice alerting you of the change in cash award available to you and informing you that you have the option to opt-in to the Settlement and receive this increased Alternative Payment.  If you wish to opt-in, you must send a letter by mail stating that you wish to opt-in to the Settlement and receive the Alternative Payment.  Also, if you opt-in and wish to receive a digital payment option, please include your preferred email address in your letter.  Your letter must be postmarked no later than June 15, 2023.

      If you do not wish to opt-in to the Settlement, no action is required.  If we do not receive any additional communication from you, your choice to opt-out of the Settlement will remain.  You will not get a payment or other settlement benefits. This is the only option that allows you to be part of any other lawsuit against the Released Parties, including the Settling Defendants, for the legal claims made in this lawsuit and released by the Settlement.

      If you have any questions, please email info@NaturMedIVLSettlement.com or call 1-844-563-0649.  For more information on the Settlement, please visit www.NaturMedIVLSettlement.com.  Enclosed is a copy of the summary notice for your reference.

      Signed,

      NaturMed/IVL Settlement Administrator

# If you purchased one or more canisters of All Day Energy Greens or All Day Energy Greens Fruity in 2014 or 2015, you could get benefits from a class action settlement.

A Settlement has been reached with Bactolac Pharmaceutical, Inc. ("Bactolac"), NaturMed, Inc. (d/b/a Institute for Vibrant Living) ("NaturMed"), and Independent Vital Life, LLC ("IVL2") in a class action lawsuit about the sale of certain voluntarily recalled lots of the dietary supplement All Day Energy Greens and All Day Energy Greens Fruity (collectively, "ADEG") in 2014 and 2015.

**Who is Included?** You are a Settlement Class Member if you are a Person in the United States who purchased one or more canisters of ADEG that were manufactured as part of the Recalled Lots (see Long Form Notice at www.NaturMedIVLSettlement.com for details and exclusions). The Recalled Lots are 99 lots included in the March 2016 voluntary product recall of ADEG conducted by NaturMed with the knowledge of the Food and Drug Administration. The lot numbers for the Recalled Lots are available on the Settlement Website.

**What Are the Settlement Terms?** The Defendants have agreed to pay $1,725,000 into a Settlement Fund. Eligible Settlement Class Members will have the choice to claim a credit worth $10.00 toward purchase of any IVL2 product, which will remain valid for three years, or $39.95 cash.

**How Can I Get a Payment?** To qualify for a Settlement payment or receive a Settlement Credit, you must complete and submit a Claim Form by **May 20, 2022**. You may submit a Claim Form by returning the form attached to the postcard you received in the mail notifying you of this Settlement, or you may use the online Claim Form available at www.NaturMedIVLSettlement.com. Claim Forms are also available by calling 1-844-563-0649 or by writing to: NaturMed/IVL Settlement Administrator, P.O. Box 3958, Baton Rouge, LA 70821.

**Your Other Options.**
**Do Nothing:** If you do nothing, you will not get a payment or other benefits from this Settlement and you will give up certain legal rights allocated to Settlement Class Members.

**Opt-Out:** If you exclude yourself from the Settlement (opt-out), you will not get a payment or other settlement benefits. This is the only option that allows you to be part of any other lawsuit against the Released Parties, including the Settling Defendants, for the legal claims made in this lawsuit and released by the Settlement. You must mail your request for exclusion to the NaturMed/IVL Settlement Administrator **postmarked no later than April 11, 2022**.

**Object:** You may also object to any part of this Settlement by writing to the Court with reasons why you do not agree with the Settlement. Objections must be mailed to Class Counsel and Defense Counsel and **postmarked no later than April 11, 2022.**

Detailed instructions on how to exclude or object to the Settlement are available on the Settlement Website.

**Has the Court Approved the Settlement?** No. The Court will hold a Fairness Hearing at 3:00 p.m. on May 19, 2022, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. It will also consider whether to approve Class Counsel's request for an award of attorneys' fees and costs, as well as the class representative Plaintiffs' service awards. If there are objections, the Court will consider them. The Court may listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether to approve the Settlement.

**How Do You Get More Information?** This notice is only a summary. To obtain a detailed information, find answers to common questions about the Settlement plus other information, including a copy of the Settlement Agreement, visit the Settlement Website.

Copley v. Botulac Pharmaceutical
Settlement Administrator
P.O. Box 3758
Baton Rouge, LA 70821

NEOPOST
05/25/2023
US POSTAGE $000.60⁰
FIRST-CLASS MAIL
ZIP 70001
041M11460321

Karen McMillan
1163 25th Avenue
Greeley, CO 80634-3523